Jeffrey I. Golden, Trustee
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone: (714) 966-1000
Facsimile: (714) 966-1002
Email: jgolden@lwgfllp.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In re: | § | Case No. 2:12-BK-16120-RK |
|---|---|---|
| | § | |
| UNITED LAW GROUP, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Jeffrey I. Golden, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court, 255 East Temple Street, Los Angeles, CA 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held at **2:30 pm** on **May 30, 2017** in Courtroom 1675, U.S. Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date:    04/21/2017              By:  /s/ Jeffrey I. Golden
                                      Trustee

Jeffrey I. Golden
P.O. Box 2470
Costa Mesa, CA, 92628-2470

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:12-BK-16120-RK |
| | § | |
| UNITED LAW GROUP, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $1,640,974.77
*and approved disbursements of* $1,434,758.98
*leaving a balance on hand of[1]:* $206,215.79

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $206,215.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| JEFFREY I. GOLDEN, TRUSTEE, Trustee Fees | $134,200.85 | $95,953.48 | $38,247.37 |
| JEFFREY I. GOLDEN, TRUSTEE, Trustee Expenses | $3,100.75 | $2,827.21 | $273.54 |
| LAW OFFICE OF THOMAS H. CASEY, INC., Attorney for Trustee Fees | $843,317.50 | $549,155.73 | $122,012.64 |
| LAW OFFICE OF THOMAS H. CASEY, INC, Attorney for Trustee Expenses | $69,660.64 | $65,173.80 | $4,486.84 |
| HAHN FIFE & COMPANY LLP, Accountant for Trustee Fees | $213,622.00 | $148,917.14 | $26,838.33 |
| HAHN FIFE & COMPANY LLP, Accountant for Trustee Expenses | $1,428.26 | $667.56 | $760.70 |
| U.S. BANKRUPTCY COURT, Clerk of the Court Costs | $500.00 | $0.00 | $500.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| OFFICE OF THE UNITED STATES TRUSTEE, U.S. Trustee Quarterly Fees; Claim No. 32 | $650.00 | $650.00 | $0.00 |
| INDEPENDENT MANAGEMENT SERVICES, Field Agent for Trustee Fees | $28,056.58 | $28,056.58 | $0.00 |
| BIENERT, MILLER & KATZMAN, PLC, Special Counsel for Trustee Fees | $3,816.00 | $2,728.44 | $451.10 |
| BIENERT, MILLER & KATZMAN, PLC, Special Counsel for Trustee Expenses | $680.72 | $680.72 | $0.00 |
| CROWE HORWATH, LLP, Expert Valuation Witness for the Trustee Fees | $45,484.00 | $32,521.02 | $5,376.80 |
| CROWE HORWATH, LLP, Expert Valuation Witness for the Trustee Expenses | $30.27 | $30.27 | $0.00 |
| FRANCHISE TAX BOARD, Ch. 7 Administrative Claim; Claim No. 7-4 | $5,488.90 | $2,728.43 | $2,760.47 |

Total to be paid for chapter 7 administrative expenses:    $201,707.79
Remaining balance:    $4,508.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| K. HOVNANIAN COMPANIES OF CALIFORNIA, INC., Admin. Rent; Claim No. 62 | $81,891.72 | $45,000.00 | $0.00 |
| HUSNA ALIKHAN ESQ, Other Prior Chapter Administrative Expenses; Claim No. 4 | $350.00 | $350.00 | $0.00 |
| JAMES D. HUGHES AND CYNTHIA L. HUGHES, Other Prior Chapter Administrative Expenses; Claim No. 50 | $2,500.00 | $2,500.00 | $0.00 |
| JAMES FOTI, Other Prior Chapter Administrative Expenses; Claim No. 26 | $10,760.60 | $10,760.60 | $0.00 |
| NATASHA ROBERTSON, Other Prior Chapter Administrative Expenses; Claim No. 25 | $1,328.00 | $1,328.00 | $0.00 |
| NISHA ANAYA SPOHN, Other Prior Chapter Administrative Expenses; Claim No. 27 | $1,886.36 | $1,886.36 | $0.00 |
| SOUTHERN CALIFORNIA EDISON COMPANY, Other Prior Chapter Administrative Expenses; Claim No. 2 | $15,032.80 | $15,032.80 | $0.00 |

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $4,508.00

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,572,682.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | HUSNA ALIKHAN ESQ. | $350.00 | $350.00 | $0.00 |
| 14 | JEROME WASHINGTON | $4,430.00 | $0.00 | $4,430.00 |
| 19 | INTERNAL REVENUE SERVICE | $300.00 | $0.00 | $0.00 |
| 22A | DWIGHT WATANABE | $790.00 | $790.00 | $0.00 |
| 23 | DANIEL KRUID | $3,151.50 | $3,151.50 | $0.00 |
| 24 | ANTHONY STOUT | $1,240.00 | $1,240.00 | $0.00 |
| 26A | JAMES FOTI | $5,492.96 | $5,492.96 | $0.00 |
| 27A | NISHA ANAYA SPOHN | $1,750.00 | $1,750.00 | $0.00 |
| 28 | HELEN NETRAMAI | $2,500.00 | $2,500.00 | $0.00 |
| 33 | PRASHANT K. SHETH | $3,333.33 | $3,333.33 | $0.00 |
| 34 | STATE BOARD OF EQUALIZATION | $290.64 | $0.00 | $0.00 |
| 35 | JEFFREY WILENS, ESQ., LAKESHORE LAW CENTER | $12,530,598.00 | $268,000.00 | $0.00 |
| 36 | STATE BOARD OF EQUALIZATION | $290.64 | $0.00 | $0.00 |
| 42A | TEDDY LAWRENCE | $2,600.00 | $0.00 | $0.00 |
| 43A | TEDDY LAWRENCE | $2,600.00 | $0.00 | $78.00 |
| 50A | JAMES D. HUGHES AND CYNTHIA L. HUGHES | $7,500.00 | $7,500.00 | $0.00 |
| 51 | JEANETTE HALEY | $2,400.00 | $2,400.00 | $0.00 |
| 53 | ORANGE COUNTY TREASURER TAX-COLLECTOR | $2,700.09 | $0.00 | $0.00 |
| 67 | RASHELLA HALEY | $2,887.50 | $2,887.50 | $0.00 |

Total to be paid to priority claims: $4,508.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $20,036,507.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | ATTORNEYS ON DEMAND | $8,295.00 | $0.00 | $0.00 |
| 2A | SOUTHERN CALIFORNIA EDISON COMPANY | $7,430.21 | $0.00 | $0.00 |
| 3 | TOM M CANEFF | $17,800.47 | $0.00 | $0.00 |
| 5 | THOMSON WEST | $17,800.47 | $0.00 | $0.00 |
| 6 | NO RUSH CHARGE REPROGRAPHICS | $6,551.86 | $0.00 | $0.00 |
| 7-1 | COX COMMUNICATIONS | $21,309.17 | $0.00 | $0.00 |
| 8 | APPLETREE ANSWERING SERVICE | $7,670.30 | $0.00 | $0.00 |
| 9 | LAVONIA EATON VONIER | $4,201.00 | $0.00 | $0.00 |
| 10 | PACIFIC BELL TELEPHONE COMPANY | $354.56 | $0.00 | $0.00 |
| 11 | ATTORNEYS ON DEMAND | $8,300.00 | $0.00 | $0.00 |
| 12 | NEWPORT STATIONERS INC | $1,749.48 | $0.00 | $0.00 |
| 13 | CITY OF IRVINE | $1,375.00 | $0.00 | $0.00 |
| 15 | CIRCA DOMINI INTERNATIONAL LLC | $1,500.00 | $0.00 | $0.00 |
| 16 | DENNIS AND SHIRLEY MADISON | $9,895.36 | $0.00 | $0.00 |
| 17 | SYSTEM SUPPLY STATIONERY | $2,803.74 | $0.00 | $0.00 |
| 18 | MARK B ARONSON | $12,211.00 | $0.00 | $0.00 |
| 20 | APPLETREE ANSWERING SERVICE | $7,670.30 | $0.00 | $0.00 |
| 21 | ROUNDUP FUNDING, LLC | $2,680.36 | $0.00 | $0.00 |
| 29 | MARIA A RAMIREZ | $2,750.00 | $0.00 | $0.00 |
| 30 | MONSTER INC | $6,274.62 | $0.00 | $0.00 |
| 31 | ANTHEM BLUE CROSS OF CALIFORNIA | $8,219.99 | $0.00 | $0.00 |
| 34A | STATE BOARD OF EQUALIZATION | $66.76 | $0.00 | $0.00 |
| 35A | JEFFREY WILENS, ESQ., LAKESHORE LAW CENTER | $19,500,000.00 | $0.00 | $0.00 |
| 36A | STATE BOARD OF EQUALIZATION | $66.76 | $0.00 | $0.00 |
| 37 | FIRST AMERICAN CORE LOGIC | $5,000.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 38 | AT&T ATTORNEY: JAMES GRUDUS, ESQ. | $1,290.91 | $0.00 | $0.00 |
| 39 | AT&T ATTORNEY: JAMES GRUDUS, ESQ. | $1,245.39 | $0.00 | $0.00 |
| 40 | BANK OF AMERICA, N.A. | $32,657.70 | $0.00 | $0.00 |
| 41 | DDS LEGAL SUPPORT SYSTEMS | $8,265.68 | $0.00 | $0.00 |
| 42 | TEDDY LAWRENCE | $7,270.00 | $0.00 | $0.00 |
| 43 | TEDDY LAWRENCE | $7,270.00 | $0.00 | $0.00 |
| 44 | OHIO ATTORNEY GENERAL, CONSUMER PROTECTION SEC. | $295,425.30 | $0.00 | $0.00 |
| 45 | THE REGENTS OF THE UNIVERSITY OF CA. | $994.06 | $0.00 | $0.00 |
| 55 | ALFRED GARCIA | $2,250.00 | $0.00 | $0.00 |
| 56 | KIMPO TEANG | $4,000.00 | $0.00 | $0.00 |
| 57 | ARNOLD R CORRALEJO | $5,500.00 | $0.00 | $0.00 |
| 59 | RLG ENTERPRISES, INC. | $96.34 | $0.00 | $0.00 |
| 60 | DDS LEGAL SUPPORT SYSTEMS | $8,265.68 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ Jeffrey I. Golden
Trustee

Jeffrey I. Golden
P.O. Box 2470
Costa Mesa, CA, 92628-2470

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)