Jeffrey I. Golden, A Partner of
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
P.O. Box 2470
Costa Mesa, California 92628-2470
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:12-bk-16120-RK |
| UNITED LAW GROUP, | Chapter 7 Case |
| Debtors. | **NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 2111 in the sum of $10,042.32 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the names(s), address(es), and amounts(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: 6-19-17

JEFFREY I. GOLDEN
Chapter 7 Trustee

**ATTACHMENT**

The names and addresses of the party entitled to said unclaimed dividend(s) are as follows:

Class of Creditor: Priority – Wages 507(a)(6)

Percentage Paid on Claim: 1.076923076% of allowed amount

| CLAIM NO. | NAME OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | FINAL DISTRIBUTION AMOUNT |
|---|---|---|---|
| 43A | Teddy Lawrence<br>503 Alandale Ave.<br>Los Angeles, CA  90036 | $2,600.00 | $78.00 |
| TOTAL | | $2,600.00 | $78.00 |

DSP Client Paid per Court order entered 11/14/16

Paid at 100% of amount owed to Client

| | NAME OF DSP CLIENT | AMOUNT | DISTRIBUTION AMOUNT |
|---|---|---|---|
| | Bonnie Gossett<br>5632 Ranch Ct.<br>Sun Valley, NV  89433<br><br>PAID PER COURT ORDER ENTERED 11/14/16 | $9,964.32 | $9,964.32 |
| TOTAL | | $9,964.32 | $9,964.32 |

**Case Name: UNITED LAW GROUP, INC.**

**Case Number: 2:12-bk-16120-RK**

| | | |
|---|---|---|
| Jeffrey I Golden, Trustee<br>P.O. Box 2470<br>Costa Mesa CA 92628 | Case #: 12-16120-RK<br>Case: UNITED LAW GROUP, INC.  Debtor(s). | **INTEGRITY BANK**<br>4040 Washington Ave.<br>Houston, TX - 77007 |

VOID AFTER 90 DAYS    DATE: 06/19/2017    CHECK NO:    2111

PAY:    TEN THOUSAND FORTY-TWO AND 32 / 100    $10,042.32

TO THE ORDER OF:    U.S. BANKRUPTCY COURT

Trustee

UNCLAIMED DIVIDEND(S)

⑈ 000021111 ⑈  ⑆113094136⑆  ⑈463112161120⑈

DATE: 06/19/2017    CHECK NO:    2111    CONTROL NO: 6259    $10,042.32

UNCLAIMED DIVIDEND(S)
CLAIM NO. 43A; PRIORITY DEPOSIT; BONNIE GOSSETT DSP CLIENT PAID PER COURT ORDER ENTERED 11/14/16

**Payment Details**

$10,042.32

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 19, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

George L Baugh - DISBARRED -    glb3law@yahoo.com, nicole.herring22@yahoo.com;jsrosenbery@gmail.com
Anthony Bisconti    tbisconti@bmkattorneys.com, admin@bmkattorneys.com
Robert J Buscho - DISBARRED -    rbuscho@unitedlawgroup.com, dkruid@unitedlawgroup.com
Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
David G Epstein    david@epsteinlitigation.com
Jeffrey I Golden (TR)    ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Crystal Johnson    M46380@ATT.COM
Steven J. Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com
Kathleen J McCarthy    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
Susann K Narholm - SUSPENDED -    snarholm@bmkattorneys.com
William A Smelko    wasmelko@aol.com, Kristina.terlaga@procopio.com;calendaring@procopio.com
Vito Torchia - DISBARRED -    vjt@brookstone-law.com, bankruptcy@brookstonelaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Jeffrey Wilens    jeff@lakeshorelaw.org

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **Date**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 19, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Judge Robert Kwan (By Personal Service)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 19, 2017 | Lori Werner | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE